

# Fourth Court of Appeals
## San Antonio, Texas

December 9, 2013

No. 04-13-00669-CR, 04-13-00670-CR, 04-13-00671-CR, 04-13-00672-CR, 04-13-00673-CR,
04-13-00674-CR, 04-13-00675-CR, 04-13-0676-CR, 04-13-00677-CR, 04-13-00678-CR, and
04-13-00679-CR

Matt **BERNAL**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 226th Judicial District Court, Bexar County, Texas
Trial Court No. 2012CR9915, 2012CR9914, 2012CR9913, 2012CR9907, 2012CR9908,
2012CR9909, 2012CR9910, 2012CR9911, 2012CR9912, 2012CR9905, 2012CR9906
Honorable Sid L. Harle, Judge Presiding

# O R D E R

Sitting:    Karen Angelini, Justice
            Sandee Bryan Marion, Justice
            Marialyn Barnard, Justice

The Court issued an opinion dismissing these appeals on December 4, 2013. Appellant's motion to extend the time to file amended trial court certifications is therefore DENIED AS MOOT.

It is so ORDERED on December 9, 2013.

**PER CURIAM**

ATTESTED TO:
Keith E. Hottle, Clerk